D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK, PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email jeffrey@dbclarklaw.com
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re: | Case No. 18-01287-TLM |
|---|---|
| LAWRENCE WILLIAM ESQUIVEL<br>TARA MICHELLE ESQUIVEL,<br><br>                                  Debtors. | Chapter 13 |

### OBJECTION TO MOTIONS TO CONVERT CASE TO CHAPTER 7

COME NOW the debtors, Lawrence and Tara Esquivel, by and through their attorney of record, Jeffrey P. Kaufman, of the Law Office of D. Blair Clark, PC, and hereby object to Washington Trust Bank's Motion to Convert or Dismiss, filed as Docket No. 35, and the trustee's Motion to Convert, filed as Docket No. 43.  Debtors dispute they filed this case (or their plan) in bad faith.  Debtors prefer their case be dismissed.

WHEREFORE Debtors respectfully request that the motions to convert their case to Chapter 7 be dismissed.

//

//

Dated this 19th day of December, 2018.

                          LAW OFFICE OF D. BLAIR CLARK, PC

                          By: */s/ Jeffrey P. Kaufman*
                              Jeffrey P. Kaufman,
                              Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2018, I filed a true and correct copy of the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Kathleen A. McCallister, Chapter 13 Trustee
kam@kam13trustee.com

Mark A. Ellingsen, on behalf of Washington Trust Bank
mae@witherspoonkelley.com

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**None**

Via certified mail, return receipt requested, addressed as follows:

**None**

                              */s/ Jeffrey P. Kaufman*
                              Jeffrey P. Kaufman