Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5266
Email: bwilson@hawleytroxell.com

Attorneys for Trustee Noah G. Hillen

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>LAWRENCE WILLIAM ESQUIVEL and<br>TARA MICHELLE ESQUIVEL,<br><br>Debtors. | Case No. 18-01287-TLM<br><br>Chapter 7 |

## STIPULATION (THIRD) TO EXTEND THE DEADLINE TO FILE AN EXCEPTION OR OBJECTION TO DISCHARGE ACTION

Debtors Lawrence William Esquivel and Tara Michelle Esquivel ("**Debtors**"), by and through their attorneys of record, LAW OFFICES OF D. BLAIR CLARK, PC, and Chapter 7 Trustee Noah G. Hillen ("**Trustee**"), by and through his attorneys of record, HAWLEY TROXELL ENNIS & HAWLEY LLP, hereby stipulate and agree as follows pursuant to Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c), 11 U.S.C. §§ 523 and 727, and based upon the following.

1.     On September 30, 2018, Debtors filed for relief under Chapter 13. Dkt. No. 1. The case was to converted to one under Chapter 7 on February 14, 2019. Dkt. No. 83.

2.     Trustee is the duly appointed Chapter 7 Trustee in the case.

STIPULATION (THIRD) TO EXTEND THE DEADLINE TO FILE AN
EXCEPTION OR OBJECTION TO DISCHARGE ACTION - 1

48489.0018.11905002.1

3.      Trustee is currently investigating the financial affairs of Debtors and has issued seven (7) subpoenas to gather this information, among other things.  The responses to the subpoenas have been received, and Trustee is in the process of evaluating those documents.

4.      Further, Trustee has learned of a potential asset of the estate that upon liquidation may pay all claims in full.  Additional time is needed for Trustee and Debtors to fully evaluate the asset and explore possibilities of bringing the maximum value of the asset to the estate to pay creditors of the estate.  If full payment of creditors in the case is successfully achieved, any action for an objection or exception to discharge would be rendered moot.

5.      On May 7, 2019, Debtors and Trustee filed a Stipulation to Extend the Deadline to File an Exception or Objection to Discharge action.  Dkt. No. 110.  The Court granted such stipulation on May 9, 2019.  Dkt. No. 111.

6.      Then on July 10, 2019, Debtors and Trustee filed a Stipulation (Second) to Extend the Deadline to File an Exception or Objection to Discharge action.  Dkt. No. 125.  The Court granted such stipulation on July 18, 2019.  Dkt. No. 126.

7.      The current deadline to file an action seeking to except a debt from discharge or object to Debtors' discharge is December 1, 2019.

8.      Based on the above, Debtors and Trustee hereby stipulate and agree that the deadline to file an exception to discharge action under 11 U.S.C. § 523 and/or to file an objection to discharge action under 11 U.S.C. § 727 shall be extended to **March 2, 2020**.

9.      Debtors and Trustee hereby stipulate and agree further that the above deadline shall apply to all parties in interest in Debtors' bankruptcy case, including Trustee, all creditors, and the U.S. Trustee.

STIPULATION (THIRD) TO EXTEND THE DEADLINE TO FILE AN
EXCEPTION OR OBJECTION TO DISCHARGE ACTION - 2

10.    Debtors and Trustee hereby stipulate and agree further to the form of the order approving this Stipulation, attached hereto and incorporated by reference herein as **Exhibit A**.

DATED THIS 26th day of November, 2019.

LAW OFFICE OF D. BLAIR CLARK

By  /s/ Jeffrey P. Kaufman (email authorization 11.26.2019)
    Jeffrey P. Kaufman
    Attorney for Debtors

DATED THIS 26th day of November, 2019.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By     /s/ Brent R. Wilson
    Brent R. Wilson, ISB No. 8936
    Attorneys for Trustee Noah G. Hillen

STIPULATION (THIRD) TO EXTEND THE DEADLINE TO FILE AN
EXCEPTION OR OBJECTION TO DISCHARGE ACTION - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>26th</u> day of November, 2019, I electronically filed the foregoing STIPULATION (THIRD) TO EXTEND THE DEADLINE TO FILE AN EXCEPTION OR OBJECTION TO DISCHARGE ACTION with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jeffrey Philip Kaufman | jeffrey@dbclarklaw.com |
| Noah G. Hillen | ngh@hillenlaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Michael J. Archibald | marchibald@m2law.net |
| Jesse A.P. Baker | ecfidb@aldridepite.com |
| Mark Elingsen | mae@witherspoonkelley.com |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

**Lawrence William Esquivel and Tara**
**Michelle Esquivel**
71 Daggett Creek Road
Boise, ID 83716

*All creditors in the attached creditor matrix*

/s/ Brent R. Wilson
Brent R. Wilson

STIPULATION (THIRD) TO EXTEND THE DEADLINE TO FILE AN
EXCEPTION OR OBJECTION TO DISCHARGE ACTION - 4

Label Matrix for local noticing
0976-1
Case 18-01287-TLM
District of Idaho
Boise
Tue Nov 26 11:18:33 MST 2019

AmeriHome Mortgage
PO Box 77404
Trenton, NJ 08628-6404

AmeriHome Mortgage Company, LLC
CO Cenlar FSB
425 Phillips Blvd
Ewing NJ 08618-1430

Michael J Archibald
M2 Law Group PC
PO Box 330
Meridian, ID 83680-0330

Jesse A.P. Baker
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200    CM/ECF
San Diego, CA 92117-3600

Boise County Treasurer
PO Box 1300
Idaho City, ID 83631-1300

Andy Buchanan
Intero Real Estate Services
162 Main Street
Los Altos, CA 94022-2905

California Franchise Tax Brd
P.O. Box 942867
Sacramento, CA 94267-0001

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 60599
City Of Industry, CA 91716-0599

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cenlar FSB
c/o ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Roger Clubb
Simmons, Clubb & Hodges CPA's PLLC
410 S Orchard St Ste 156
Boise, ID 83705-1210

D Peter Reedy MD PA
999 N Curtis Road
Suite 307
Boise, ID 83706-1333

Daggett Woodworking, LLC
71 Daggett Creek Road
Boise, ID 83716-3367

Mark A Ellingsen
Witherspoon Kelley
608 NW Blvd #300    Duplicate
Coeur d'Alene, ID 83814-2174

Lawrence William Esquivel
71 Daggett Creek Road    Duplicate
Boise, ID 83716-3367

Tara Michelle Esquivel
71 Daggett Creek Road
Boise, ID 83716-3367    Duplicate

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093

Ford Motor Credit Company LLC
M2 Law Group PC
Michael Howell
PO Box 330
Meridian, ID 83680-0330

Franchise Tax Board
Bankruptcy Section MS A340
State of California
PO Box 2952
Sacramento, CA 95812-2952

Furniture Row
C/O Capital One Retail Serv.
PO Box 60504
City of Industry, CA 91716-0504

Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538    CM/ECF

(p)IDAHO CENTRAL CREDIT UNION
PO BOX 2469
POCATELLO ID 83206-2469

Idaho Stata Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722-0036

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Jeffrey Philip Kaufman
Law Office of D. Blair Clark, PC
1509 Tyrell Lane
Suite 180
Boise, ID 83706-6658    CM/ECF

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Les Schwab Corp Office
PO Box 5350
Bend, OR 97708-5350

Kathleen A. McCallister
POB 1150
Meridian, ID 83680-1150

(p)PIONEER FEDERAL CREDIT UNION
ATTN TAMMY LAW
250 W 3 S
MOUNTAIN HOME ID 83647-2640

Pioneer Federal Credit Union
c/o Worst, Fitzgerald & Stover, PLLC
3858 N. Garden Center Way, Ste. 200
Boise, Idaho 83703-5008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

St. Luke's
PO Box 2578
Boise, ID 83701-2578

THD/COBRAND
PO Box 78075
Phoenix, AZ 85062-8075

Team Idaho Realestate
204 Main St.
Moscow, ID 93843-2808

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

*CM/ECF*

Varin Wardwell LLC
PO Box 1676
Boise, ID 83701-1676

Washington Trust Bank
c/o Mark A. Ellingsen
Witherspoon Kelley
608 Northwest Boulevard, Ste. 300
Coeur d'Alene, ID 83814-2174

*CM/ECF*

(p)WASHINGTON TRUST BANK
PO BOX 2127
SPOKANE WA 99210-2127

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000 Raleigh, NC 27605

Wells Fargo Bank, N.A.
Wells Fargo Education Financial Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
PO Box 51963
Los Angeles, CA 90051-6263

Brent Russel Wilson
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Zion's Bank
Boise/Main Financial Center
800 W Main Street, Ste 100
Boise, ID 83702-5947

(p)ZIONS FIRST NATIONAL BANK
LEGAL SERVICES UT ZB11 0877
P O BOX 30709
SALT LAKE CITY UT 84130-0709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citi Cards
PO Box 78045
Phoenix, AZ 85062

FORD MOTOR CREDIT COMPANY LLC
DEPT. 55953
PO BOX 55000
DETROIT, MI.  48255-0953

(d)Ford Motor Credit Corp
National Bankruptcy Srv. Ctr
PO Box 6275
Dearborn, MI 48121-6275

Idaho Central Credit Union
PO Box 2469
Pocatello, ID 83206

Pioneer Federal Credit Union
250 W. 3rd South
Mountain Home, ID 83647

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Washington Trust Bank
PO Box 2127
Spokane, WA 99210-2127

(d)Washington Trust Bank
Peter Stanton, CEO
PO Box 2127
Spokane, WA 99210-2127

Zions Bank
P.O. Box 30833
Salt Lake City, UT 84130

(d)Zions First National Bank
Legal Services UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cenlar FSB

(d)Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538

(d)Washington Trust Bank
c/o Mark A. Ellingsen
Witherspoon Kelley
608 Northwest Blvd., Ste. 300
Coeur d'Alene, ID 83814-2174

End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) |
| | )      Case No. 18-01287-TLM |
| LAWRENCE WILLIAM ESQUIVEL and | ) |
| TARA MICHELLE ESQUIVEL, | )      Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## ORDER (THIRD) EXTENDING THE DEADLINE TO FILE AN EXCEPTION OR OBJECTION TO DISCHARGE ACTION

Before the Court is the Stipulation (Third) to Extend the Deadline to File and Exception or Objection to Discharge Action (Dkt. No. []) ("**Stipulation**"), filed by Debtors Lawrence William Esquivel and Tara Michelle Esquivel ("**Debtors**") and Chapter 7 Trustee Noah G. Hillen ("**Trustee**") pursuant to Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c), and for good cause appearing; **IT IS HEREBY ORDERED:**

     1.      The Stipulation is **APPROVED**; and

     2.      The deadline to file an action seeking an exception to discharge (11 U.S.C. § 523) and/or an action seeking an objection to Debtors' discharge (11 U.S.C. § 727) is **EXTENDED** to **March 2, 2020**; and

     3.      Such deadline applies to all parties in interest in this Bankruptcy Case, including Trustee, all Debtors' creditors, and the U.S. Trustee. //end of text//

48489.0018.11905065.3

Submitted by:

/s/ Brent R. Wilson _____
Brent R. Wilson
Attorney for Trustee

Approved as to form:

/s/ Jeffrey P. Kaufman (email authorization provided 11.26.2019)
Jeffrey Kaufman
Attorney for Debtors