UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>LAWRENCE WILLIAM ESQUIVEL and<br>TARA MICHELLE ESQUIVEL,<br><br>        Debtors. | Case No. 18-01287-JDP<br><br>Chapter 7 |

## ORDER (SIXTH) EXTENDING THE DEADLINE TO FILE AN EXCEPTION OR OBJECTION TO DISCHARGE ACTION

Before the Court is the Stipulation (Sixth) to Extend the Deadline to File and Exception or Objection to Discharge Action (Dkt. No. 148) ("**Stipulation**"), filed by Debtors Lawrence William Esquivel and Tara Michelle Esquivel ("**Debtors**") and Chapter 7 Trustee J. Ford Elsaesser ("**Trustee**") pursuant to Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c), and for good cause appearing; **IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED**; and

2. The deadline to file an action seeking an exception to discharge (11 U.S.C. § 523) and/or an action seeking an objection to Debtors' discharge (11 U.S.C. § 727) is **EXTENDED** to **March 31, 2021**; and

3. Such deadline applies to all parties in interest in this Bankruptcy Case, including Trustee, all Debtors' creditors, and the U.S. Trustee.

4. **No further extensions of this deadline shall be granted absent the filing of an appropriate motion, notice, a hearing, and a showing of compelling cause.** //end of text//

DATED: January 4, 2021

Jim D. Pappas
U.S. Bankruptcy Judge

Submitted by: /s/ Brent R. Wilson
Attorney for Trustee

Approved as to form: /s/ D. Blair Clark (email authorization provided)
Attorney for Debtors

ORDER (SIXTH) EXTENDING THE DEADLINE TO FILE AN EXCEPTION OR
OBJECTION TO DISCHARGE ACTION - 1

48489.0018.13421844.1