Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Trustee J. Ford Elsaesser

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Case No. 18-01287-JDP |
| | ) | |
| LAWRENCE WILLIAM ESQUIVEL and | ) | Chapter 7 |
| TARA MICHELLE ESQUIVEL, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE AND OPPORTUNITY TO OBJECT TO FIRST INTERIM APPLICATION
FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL**

---

**Notice of First Interim Application for Allowance of Fees and Costs for Counsel
and Opportunity to Object and for a Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **twenty-one (21)** days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

NOTICE AND OPPORTUNITY TO OBJECT TO FIRST INTERIM
APPLICATION FOR ALLOWANCE OF FEES AND COSTS
FOR COUNSEL - 1

**PLEASE BE ADVISED** that Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP (the "**Applicant**") has filed with the Bankruptcy Court the Final Application for Allowance of Fees and Costs for Counsel (Dkt. No. 189) (the "**Fee Application**") incurred in representing J. Ford Elsaesser, Chapter 7 Trustee ("**Trustee**") in this case.  The total amount of fees requested by the Applicant in the Fee Application is $95,085.00 in attorney fees and $900.46 in costs for a total of $95,985.46.  Along with the Fee Application, Applicant explained the time spent representing the Trustee on various tasks and provided a detailed time accounting of such time spent.

If you would like a copy of the Fee Application, all the documents filed are available at the following link:   https://hawleytroxell.sharefile.com/d-s49aed275605f400491cc720babff4332

If you would like a hard copy of the Fee Application mailed to you, please contact the Applicant to make this request.

**PLEASE BE FURTHER ADVISED** that the Bankruptcy Court may grant the Fee Application without further notice or hearing unless an objection is filed thereto with the Bankruptcy Court within twenty-one (21) days of the date of this Notice.

DATED THIS 7th day of September, 2021.

HAWLEY TROXELL ENNIS & HAWLEY LLP



By/s/ Brent R. Wilson _____
    Brent R. Wilson, ISB No. 8936
    Attorneys for Trustee J. Ford Elsaesser

NOTICE AND OPPORTUNITY TO OBJECT TO FIRST INTERIM
APPLICATION FOR ALLOWANCE OF FEES AND COSTS
FOR COUNSEL - 2