Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Trustee J. Ford Elsaesser

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 18-01287-JDP |
| LAWRENCE WILLIAM ESQUIVEL and TARA MICHELLE ESQUIVEL, | Chapter 7 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 7th day of September, 2021, I electronically filed the **NOTICE AND OPPORTUNITY TO OBJECT TO FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FOR COUNSEL (DKT. NO. 190)** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| D. Blair Clark | dbc@dbclarklaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Michael J. Archibald | marchibald@m2law.net |
| Jesse A.P. Baker | ecfidb@aldridepite.com |
| Mark Elingsen | mae@witherspoonkelley.com |

CERTIFICATE OF SERVICE - 1

48489.0018.14050361.1

| | |
|---|---|
| J. Ford Elsaesser | ford@eaidaho.com |
| Matthew T. Christensen | mtc@angstman.com |
| David Henry Leigh | dleigh@rqn.com |

      AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

**Lawrence William Esquivel and Tara Michelle Esquivel**
71 Daggett Creek Road
Boise, ID 83716

And all other entities on the attached Creditor Matrix, incorporated herein by reference

                                        /s/ Brent R. Wilson
                                        Brent R. Wilson

CERTIFICATE OF SERVICE - 2

48489.0018.14050361.1

```
Label Matrix for local noticing          AmeriHome Mortgage                       AmeriHome Mortgage Company, LLC
0976-1                                   PO Box 77404                             CO Cenlar FSB
Case 18-01287-JDP                        Trenton, NJ 08628-6404                   425 Phillips Blvd
District of Idaho                                                                 Ewing NJ 08618-1430
Boise
Tue Sep  7 10:06:04 MDT 2021

Michael J Archibald                      AutoClaims Direct, Inc.                  Jesse A.P. Baker
M2 Law Group PC                          c/o Angstman Johnson                     Aldridge Pite, LLP
PO Box 330                               199 N. Capitol Blvd, Ste 200             4375 Jutland Drive, Suite 200
Meridian, ID 83680-0330                  Boise, ID 83702-6197                     San Diego, CA 92117-3600

Ed Bodily                                Boise County Treasurer                   Andy Buchanan
Little-Morris LLP Certified Public Acc.  PO Box 1300                              Intero Real Estate Services
950 W Bannock St, Ste 1050               Idaho City, ID 83631-1300                162 Main Street
Boise, ID 83702-6145                                                              Los Altos, CA 94022-2905

Brett R Cahoon                           California Franchise Tax Brd             Capital One
DOJ-UST                                  P.O. Box 942867                          PO Box 30285
550 West Fort St.                        Sacramento, CA 94267-0001                Salt Lake City, UT 84130-0285
Ste 698
Boise, ID 83724-0101

Capital One                              Capital One Bank (USA), N.A.             Cenlar FSB
PO Box 60599                             PO Box 71083                             c/o ALDRIDGE PITE, LLP
City Of Industry, CA 91716-0599          Charlotte, NC  28272-1083                4375 Jutland Drive, Suite 200
                                                                                  P.O. Box 17933
                                                                                  San Diego, CA 92177-7921

Matthew Todd Christensen                 (p)CITIBANK                              D Blair Clark
Angstman Johnson, PLLC                   PO BOX 790034                            967 E Parkcenter Boulevard #282
199 N. Capitol Blvd., Ste. 200           ST LOUIS MO 63179-0034                   Boise, ID 83706-6721
Boise, ID 83702-6197

Roger Clubb                              D Peter Reedy MD PA                      Daggett Woodworking, LLC
Simmons, Clubb & Hodges CPA's PLLC       999 N Curtis Road                        71 Daggett Creek Road
410 S Orchard St Ste 156                 Suite 307                                Boise, ID 83716-3367
Boise, ID 83705-1210                     Boise, ID 83706-1333

Paul Derby                               Mark A Ellingsen                         J Ford Elsaesser
Skiermont Derby LLP                       Witherspoon Kelley                      PO Box 2220
800 Wilshire Blvd, Ste 1450              608 NW Blvd #300                         Sandpoint, ID 83864-0909
Los Angeles, CA 90017-2619               Coeur d'Alene, ID 83814-2174

Lawrence William Esquivel                Tara Michelle Esquivel                   (p)FORD MOTOR CREDIT COMPANY
71 Daggett Creek Road                    71 Daggett Creek Road                    P O BOX 62180
Boise, ID 83716-3367                     Boise, ID 83716-3367                     COLORADO SPRINGS CO 80962-2180

Ford Credit                              Ford Motor Credit Company LLC            Franchise Tax Board
PO Box 790093                            M2 Law Group PC                          Bankruptcy Section MS A340
Saint Louis, MO 63179-0093               Michael Howell                           State of California
                                         PO Box 330                               PO Box 2952
                                         Meridian, ID 83680-0330                  Sacramento, CA 95812-2952
```

Furniture Row
C/O Capital One Retail Serv.
PO Box 60504
City of Industry, CA 91716-0504

Noah G. Hillen
P.O. Box 6538
Boise, ID 83707-6538

(p)IDAHO CENTRAL CREDIT UNION
PO BOX 2469
POCATELLO ID 83206-2469

Idaho State Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722-0036

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

David Henry Leigh
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Les Schwab Corp Office
PO Box 5350
Bend, OR 97708-5350

(p)PIONEER FEDERAL CREDIT UNION
ATTN TAMMY LAW
250 W 3 S
MOUNTAIN HOME ID 83647-2640

Pioneer Federal Credit Union
c/o Worst, Fitzgerald & Stover, PLLC
3858 N. Garden Center Way, Ste. 200
Boise, Idaho 83703-5008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

J.R. Rouse
Intero Real Estate Services
San Carlos 3 NE Ocean Ave.
Carmel By The Sea, CA 93921

St. Luke's
PO Box 2578
Boise, ID 83701-2578

THD/COBRAND
PO Box 78075
Phoenix, AZ 85062-8075

Team Idaho Realestate
204 Main St.
Moscow, ID 83843-2808

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Varin Wardwell LLC
PO Box 1676
Boise, ID 83701-1676

Washington Trust Bank
c/o Mark A. Ellingsen
Witherspoon Kelley
608 Northwest Boulevard, Ste. 300
Coeur d'Alene, ID 83814-2174

(p)WASHINGTON TRUST BANK
PO BOX 2127
SPOKANE WA 99210-2127

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000 Raleigh, NC 27605

Wells Fargo Bank, N.A.
Wells Fargo Education Financial Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
PO Box 51963
Los Angeles, CA 90051-6263

Brent R Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street
Suite 1000
Boise, ID 83702-5884

Brent Russel Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

Zion's Bank
Boise/Main Financial Center
800 W Main Street, Ste 100
Boise, ID 83702-5947

Zions Bancorporation, N.A.
dba Zions First National Bank
c/o Ray Quinney & Nebeker
Attn:  David H. Leigh
36 South State St., #1400
Salt Lake City, UT 84111-1451

Zions Bancorporation, N.A. fka ZB, N.A. dba
c/o David H. Leigh
36 South State, Suite 1400
Salt Lake City, UT 84111-1451

(p)ZIONS FIRST NATIONAL BANK
LEGAL SERVICES UT ZB11 0877
P O BOX 30709
SALT LAKE CITY UT 84130-0709