Mark A. Ellingsen, ISB No. 4720
WITHERSPOON BRAJCICH MCPHEE, PLLC
608 Northwest Boulevard, Suite 402
Coeur d'Alene, ID 83814
Telephone:   (509) 455-9077
Facsimile:   (509) 624-6441
Email: mellingsen@workwith.com

*Attorneys for Creditor Washington Trust Bank*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 18-01287-JDP |
|---|---|
| LAWRENCE WILLIAM ESQUIVEL and TARA MICHELLE ESQUIVEL, | Chapter 7 |
| Debtors. | |

NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION

TO:   DEBTORS LAWERENCE WILLIAM ESQJUIVEL and TARA MICHELLE ESQUIVEL AND YOUR COUNSEL OF RECORD D. BLAIR CLARK:

Counsel for Creditor Washington Trust Bank hereby gives notice to this Court and all parties that he has left the firm of Witherspoon Kelley and is now employed at the firm of Witherspoon Brajcich McPhee, PLLC effective as of November 30, 2022. His new contact information beginning November 30, 2022, is as follows:

Mark A. Ellingsen
WITHERSPOON BRAJCICH MCPHEE, PLLC
608 Northwest Blvd., Suite 402
Coeur d'Alene, ID  83814
Telephone:  (509) 455-9077
Facsimile:  (509) 624-6441
Email: mellingsen@workwith.com

NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION—PAGE 1

All future pleadings and correspondence should be directed to counsel at the address hereon.

DATED this 7th day of December, 2022.

        WITHERSPOON BRAJCICH MCPHEE, PLLC

        /s/ Mark A. Ellingsen
        Mark A. Ellingsen
        *Attorneys for Creditor Washington Trust Bank*

NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION—PAGE 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December, 2022, I electronically filed the foregoing through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| D. Blair Clark | dbc@dbclarklaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Michael J. Archibald | marchibald@m2law.net |
| Jesse A.P. Baker | ecfidb@aldridepite.com |
| J. Ford Elsaesser | feecf@eaidaho.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Tara Martens Miller | tmmiller@hollandhart.com |
| Joseph G. Went | jgwent@hollandhart.com |
| David Henry Leigh | dleigh@rqn.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Lawrence William Esquivel
and Tara Michelle Esquivel
71 Daggett Creek Road
Boise, ID  83716

WITHERSPOON BRAJCICH MCPHEE, PLLC

/s/ Mark A. Ellingsen
Mark A. Ellingsen
*Attorneys for Creditor Washington Trust Bank*

NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION—PAGE 3